M. Douglas Flahaut (SBN 245558)
Christopher K.S. Wong (SBN 308048)
Dylan J. Yamamoto (SBN 324601)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:    213.629.7400
Facsimile:    213.629.7401
E-mail:    douglas.flahaut@arentfox.com
christopher.wong@arentfox.com
dylan.yamamoto@arentfox.com

*Proposed* General Bankruptcy and Restructuring Counsel for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**ACEMBLY, INC.**, a Delaware corporation,<br><br>Debtor and Debtor-in-Possession.<br>------------------------------------------------<br>In re<br><br>**SYNRGY CORP.**, a Nevada corporation,<br><br>Debtor and Debtor-in-Possession.<br><br>[x] Affects both Debtors.<br>[ ] Affects Acembly, Inc. only.<br>[ ] Affects Synrgy Corp. only<br><br>Debtors and Debtors-in-Possession. | *Proposed Lead* Case:<br>Case No.: 2:21-bk-16465-WB<br><br>Chapter 11<br><br>Case No: 2:21-bk-16469-WB<br><br>[Joint Administration Requested]<br><br>**MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CASES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(b) AND LOCAL BANKRUPTCY RULE 1015-1**<br><br>*Concurrently Filed with the First Day Declaration of Jeff Bearden in Support Thereof.*<br><br>*[No Hearing Required Under Local Bankr. R. 9013-1(q)]* |

**TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY JUDGE; AND ALL INTERESTED PARTIES:**

The above-captioned debtors and debtors-in-possession Acembly, Inc. ("Acembly") and Synrgy Corp. ("Synrgy") hereby move (the "Motion") this Court for an order authorizing the joint administration of their chapter 11 cases, with Acembly's filing [Case No. 2:21-bk-16465-WB] being designated as the lead case. This request is made pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 1015-1. Acembly and Synrgy shall hereinafter be referred to as the "Debtors." Pursuant to Local Bankruptcy Rule 9013-1(q), an order of joint administration may be entered without further notice and an opportunity for hearing. However, if the Court decides that this Motion requires a hearing, the Debtors request that this Court set the hearing at the earliest time convenient to the Court on whatever notice the Court may direct. By this Motion the Debtors request this Court enter an order, substantially in the form of **Exhibit 1**, providing for joint administration of the cases. This Motion is made and supported by the attached *First Day Declaration of Jeff Bearden* (the "First Day Declaration"), which is filed concurrently with this Motion.

## I.

## JURISDICTION AND VENUE

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The venue of the Debtors' chapter 11 cases is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein is Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Bankruptcy Rule 1015-1.

## II.

## STATEMENT OF FACTS

**A.     Background Facts.**

    **1.     History of the Debtor's Business.**

Synrgy is publically traded company, though it is not listed on any exchange and currently is traded over the counter. Synrgy is 100% owned by Jeff Bearden ("Bearden"), who also serves

1  as the sole officer and director of Synrgy.  Synrgy is a holding company whose only valuable
2  asset as of the petition date is its 100% ownership interest in Acembly.
3        Acembly was a privately owned company incorporated in Delaware, with its principal
4  place of business in California.  In or about June 2020, Synrgy acquired 100% of the stock in
5  Acembly, and now Acembly is a wholly-owned subsidiary of Synrgy.  Acembly is in the business
6  of providing data migration services between cloud storage providers.  Its primary asset consists
7  of its proprietary software program that allows users to securely and rapidly transfer data through
8  a user friendly interface on its website, www.acembly.com.  Acembly has a partnership with
9  Wasabi Technologies, Inc. to provide cloud storage at a much lower cost than its competitors,
10  *e.g.*, Dropbox, Google Drive, Box, etc.

11      **2.**      **Relationship Between Acembly and Synrgy.**

12        Acembly and Synrgy are closely related businesses.  Synrgy owns 100% of the stock of
13  Acembly, and Bearden is the 100% owner of Synrgy.



20  **B.**      **Commencement of the Chapter 11 Cases.**

21        On August 13, 2021, (the "Petition Date"), the Debtors filed their voluntary petitions
22  under chapter 11 of title 11 of the U.S. Code (the "Bankruptcy Code").  The Debtors intend to use
23  the bankruptcy process to protect, preserve, and ultimately evaluate Acembly's intellectual
24  property.  Then, depending on the value of such intellectual property, the Debtors will likely sell
25  or reorganize around Acembly's intellectual property in an effort to maximize value for creditors
26  and interest holders.

# III.

# DISCUSSION

**A.    Joint Administration of the Cases Will Yield Substantial Administrative Benefits.**

Pursuant to Bankruptcy Rule 1015(b), this Court may order the joint administration of the estates when two or more petitions are pending in the same court by a debtor and an affiliate. *See* Fed. R. Bankr. P. 1015(b) ("If a joint petition or two or more petitions are pending in the same court by or against . . . (4) a debtor and an affiliate, the court may order a joint administration of the estates."). A bankruptcy court can avoid any potential prejudice to creditors created by joint administration of the affiliated cases by entering orders as may tend to avoid unnecessary costs and delay. *See Id*.

Under Local Bankruptcy Rule 1015-1(b), two or more cases pending before the same judge may be jointly administered if they are "supported by a declaration establishing that the joint administration of the cases is warranted, will ease the administrative burden for the court and the parties, and will protect creditors of the different estates against potential conflicts of interest. Local Bankr. R. 1015-1(b)(1).

Indeed, the efficiency and utility of permitting joint administration of related cases is widely recognized. *See e.g. In re American Wagering, Inc.*, 493 F.3d 1067, 1070 (9th Cir. 2007); *see also In re PL Liquidation Corp.*, 305 B.R. 629, 632 (Bankr. D. Del. 2004); *see also In re Parkway Calabasas Ltd.*, 89 B.R. 832, 836 (Bankr. C.D. Cal. 1988) (joint administration is designed to promote procedural convenience and cost efficiencies but does not affect substantive rights of creditors or respective debtor estates). As stated in the official Advisory Committee Note:

> Joint administration as distinguished from consolidation may include combining the estates by using a single docket for the matters occurring in the administration, including the listing of filed claims, the combining of notices to creditors of the different estates, and the joint handling of other purely administrative matters that may aid in expediting the cases and rendering the process less costly.

Fed. R. Bankr. P. 1015, Advisory Committee Note (1983).

Joint administration differs significantly from substantive consolidation, in which the debtors' assets and liabilities are aggregated and, generally, the creditors of the separate entities share *pro rata* in the aggregate net value of the estates. *See In re Standard Brands Paint Co.*, 154 B.R. 563, 567 (Bankr. C.D. Cal. 1993); *see also In re I.R.C.C., Inc.*, 105 B.R. 237, 241 (Bankr. S.D.N.Y. 1989). Joint administration, by contrast, is merely procedural; each of the debtors' estates remains a separate legal entity, and creditors' individual rights to each estate are preserved. *See Parkway Calabasas Ltd.*, 89 B.R. at 836-37; *see also In re H.H. Distribs., L.P.*, 400 B.R. 44, 54 (Bankr. E.D. Pa. 2009); *In re Ben Franklin Retail Stores, Inc.*, 214 B.R. 852, 857 (Bankr. N.D. Ill. 1997). Thus, joint administration does not in itself prejudice the rights of any creditor.

Under the Bankruptcy Code, Acembly and Synrgy are recognized as "affiliates," and therefore the Debtors' chapter 11 cases are appropriate for joint administration as contemplated under Fed. R. Bankr. P. 1015(b). *See* 11 U.S.C. § 101(2)(B) (an "affiliate" means an "corporation 20 percent or more of whose outstanding voting securities are directly or indirectly owned, controlled, or held with power to vote, by the debtor, or by an entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor…").

Joint administration will greatly reduce the costs of administering the Debtors' chapter 11 cases, eliminate the substantial confusion and waste created by maintaining separate dockets, and reduce the burden that the cases will place on the bankruptcy court system. Indeed, absent joint administration, an enormous amount of duplication will occur at substantial costs to the estates without any benefit to creditors. Such duplication will also divert valuable resources away from addressing substantive issues, including maximizing the value of the estates for all affected parties. Benefits to the Court include obviating the need for duplicative orders and maintaining duplicative files in each case. Additionally, any reorganization of the Debtors or the sale of their assets will likely require a coordinated approach and may include filing a joint plan of reorganization or a joint sale motion.

Moreover, if this Motion is not granted, the creditors will also be burdened. As with the

Debtors, the creditors will also be required to file multiple copies of pleadings in each of the cases. By jointly administering the estates, creditors will receive notice of all matters involving the Debtors, thereby ensuring that they are fully informed of all matters potentially affecting their interests.

**B.    The Joint Administration Procedures.**

The Debtors propose that the joint administration of these Cases be implemented as follows:

*Captions*:  The captions of these Cases will be modified to reflect the joint administration of the Cases in the form set forth in **Exhibit A** as attached to the proposed Order.

*Pleadings*:  The Clerk of the Court will maintain a single docket [under Case No. 2:21-bk-16465-WB] for both cases for the filing, lodging, and docketing of all pleadings, orders, and all other papers (including notices of hearings in any of the cases) in these cases, all of which will be filed under the case number assigned to Acembly, using the caption in the form set forth in **Exhibit A** as attached to the proposed Order**.**

*Notices*:   The Debtors and other parties in interest shall be authorized, to utilize a combined service list for the Cases and combined notices will be sent to the creditors of the estates.

*Proofs of Claim*:  Because the Debtors are separate entities, and unless the Court orders that the cases be substantively consolidated, proofs of claim should be captioned and filed against the particular estate against which a claim is asserted.  To that end, separate claims registers for each estate will be maintained.

*Schedules of Assets and Liabilities*:  The Debtors' schedules will be kept separate.  Each of the Debtors will file their own Schedules of Assets and Liabilities and Statement of Financial Affairs in their respective cases.

*Notice of Entry of Order*:  Pursuant to Local Bankruptcy Rule 1015-1(b)(3), upon entry of an order granting this Motion, the Debtors will file their *Notice of Joint Administration of Cases and Requirements for Filing Documents (Form 1015-1.1)* (the "Notice of Joint Administration"), in the form attached to the proposed Order as **Exhibit B**,  and serve such notice

on creditors holding the 20 largest unsecured claims and the United States Trustee.

**C.     Were an Actual Conflict to Arise in the Course of the Debtors' Cases, the Court May Alleviate Any Prejudice to Creditors Pursuant to Its Discretion Under Bankruptcy Rule 1015.**

If an actual conflict arises among the estates in the future, through the Court's broad powers to oversee the joint administration of these cases, the Court could easily limit joint administration to the extent necessary to alleviate any prejudice such conflict may cause to creditors. *See* Fed. R. Bankr. P. 1015(c) ("[W]hile protecting the rights of parties under the Code, the court may enter orders as may tend to avoid unnecessary costs and delay."). Exercising its discretion under this Rule, the Court should be able to promote the interests of the estates through administrative efficiency, while at the same time protecting the rights of individual creditors if and when the need arises. Until a conflict arises, there is no reason why the Court should not authorize joint administration.

## IV.

## CONCLUSION

For the foregoing reasons, the Debtors respectfully request that this Court: (1) enter an order, substantially in the form of **Exhibit 1**, granting this Motion and authorizing the joint administration of the Cases; and (2) grant such other and further relief as the Court deems just and appropriate.

Dated: August 17, 2021             **ARENT FOX LLP**

By: */s/ Dylan J. Yamamoto*
    M. Douglas Flahaut
    Christopher K.S. Wong
    Dylan J. Yamamoto
    *Proposed* General Bankruptcy and
    Restructuring Counsel for Debtors and Debtors-in-Possession

# EXHIBIT 1

Case 2:21-bk-16465-WB    Doc 7    Filed 08/17/21    Entered 08/17/21 19:21:32    Desc
Main Document    Page 9 of 16

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>M. Douglas Flahaut (SBN 245558)<br>Christopher K.S. Wong (SBN 308048)<br>Dylan J. Yamamoto (SBN 324601)<br>**ARENT FOX LLP**<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA  90013-1065<br>Telephone:     213.629.7400<br>Facsimile:     213.629.7401<br>E-mail:         douglas.flahaut@arentfox.com<br>                    christopher.wong@arentfox.com<br>                    dylan.yamamoto@arentfox.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Proposed Attorney for: Debtors and Debtors-in-Possession* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES DIVISION**

| In re:<br><br>ACEMBLY, INC., a Delaware corporation,<br><br>                    Debtor and Debtor-in-Possession<br>-------------------------------------------------------------------------<br>In re:<br><br>SYNRGY CORP., a Nevada corporation,<br><br>                    Debtor and Debtor-in-Possession<br>_____<br><br>☒ Affects All Debtors<br><br>☐ Affects Acembly, Inc. only<br><br>☐ Affects Synrgy Corp. only<br><br>                    Debtors and Debtors-in-Possession | LEAD CASE NO.: 2:21-bk-16465-WB<br>CHAPTER: 11<br>JOINTLY ADMINISTERED WITH:<br>CASE NO.: 2:21-bk-16469-WB<br>CASE NO.:<br>CASE NO.:<br>CASE NO.:<br>CASE NO.:<br>☐ See attached for additional Case Numbers |
|---|---|
| | **ORDER  ☒ GRANTING  ☐ DENYING MOTION TO APPROVE JOINT ADMINISTRATION OF CASES**<br><br>**[LBR 1015-1, 9013-1(q)]**<br><br>[No Hearing Required] |

On (*date*) August 17, 2021, a motion was filed requesting approval of joint administration of cases identified in the caption above, with the lead case being In re  ACEMBLY, INC., a Delaware corporation                                                               , case number 2:21-bk-16465-WB         .

Having reviewed the motion, IT IS ORDERED THAT:

1. The motion is:  ☒ Granted    ☐ Denied

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*                                             Page 1                           **F 1015-1.1.ORDER.JOINT.ADMINISTRATION**

8

2. Promptly upon entry of an order granting a motion to approve joint administration:

   a) Using the mandatory court form, the movant must file a Notice of Joint Administration of Cases and Requirements for Filing Documents (Notice).

   b) To facilitate service of the Notice by NEF to registered CM/ECF users, the Notice must be filed in each case being jointly administered.

   c) The Notice must be served via United States mail on all creditors and interest holders in each case being jointly administered.

   d) To facilitate notice of documents sent by the court via the Bankruptcy Noticing Center, the movant must file in the lead case an amended master mailing list that contains the name and mailing address of all creditors and interest holders from each case being jointly administered.

3. Other:
   To reflect the joint administration of the cases identified in the caption above, the caption will be modified in the form attached hereto as **Exhibit A**.

   The movant will file the Notice in the form attached hereto as **Exhibit B** to each respective case identified in the caption above.

   ###

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*                    Page 2                    **F 1015-1.1.ORDER.JOINT.ADMINISTRATION**

9

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>**ACEMBLY, INC.**, a Delaware corporation,<br><br>Debtor and Debtor-in-Possession. | Lead Case No.: 2:21-bk-16465-WB<br><br>Chapter 11 |
| In re<br><br>**SYNRGY CORP.**, a Nevada corporation,<br><br>Debtor and Debtor-in-Possession. | [Jointly Administered with<br>Case No: 2:21-bk-16469-WB] |
| [ ] Affects both Debtors.<br>[ ] Affects Acembly, Inc. only.<br>[ ] Affects Synrgy Corp. only<br><br>Debtors and Debtors-in-Possession. | |

# EXHIBIT B

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>M. Douglas Flahaut (SBN 245558)<br>Christopher K.S. Wong (SBN 308048)<br>Dylan J. Yamamoto (SBN 324601)<br>**ARENT FOX LLP**<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA  90013-1065<br>Telephone:    213.629.7400<br>Facsimile:    213.629.7401<br>E-mail:        douglas.flahaut@arentfox.com<br>                   christopher.wong@arentfox.com<br>                   dylan.yamamoto@arentfox.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Proposed Attorney for:* Debtors and Debtors-in-Possession | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES DIVISION**

| In re:<br><br>ACEMBLY, INC., a Delaware corporation<br><br>                                Debtor and Debtor-in-Possession<br>-------------------------------------------------------------------<br>In re:<br><br>SYNRGY CORP., a Nevada corporation,<br><br>                                Debtor and Debtor-in-Possession | LEAD CASE NO.: 2:21-bk-16465-WB<br><br>CHAPTER: 11<br><br>JOINTLY ADMINISTERED WITH:<br><br>CASE NO.: 2:21-bk-16469-WB<br><br>CASE NO.:<br><br>CASE NO.:<br><br>CASE NO.:<br><br>CASE NO.:<br><br>☐ See attached for additional Case Numbers |
|---|---|
| ☒ Affects All Debtors<br><br>☐ Affects Acembly, Inc. only<br><br>☐ Affects Synrgy Corp. only<br><br>☐ Affects<br><br>☐ Affects<br><br>☐ See attached for additional Debtors<br><br>                                Debtors and Debtors-in-Possession | **NOTICE OF JOINT ADMINISTRATION OF CASES AND REQUIREMENTS FOR FILING DOCUMENTS**<br><br>**[LBR 1015-1]**<br><br>[No Hearing Required] |

TO: THE U.S. TRUSTEE AND ALL PARTIES IN THESE JOINTLY ADMINISTERED CASES: An order was entered on (*date*) __8/     /2021__ granting a motion to approve joint administration of cases pursuant to FRBP 1015 and LBR 1015-1, under the lead case indicated in the caption of this notice.

1. **Required Caption on Documents** – All documents filed must contain a caption in substantially the same format and

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

content as the caption of this notice.

2. **Debtors Affected by a Filed Document** – All documents filed must indicate, by checking appropriate boxes, the debtor or debtors affected by the filed document.

3. **Filing Documents on Main Case Docket** – Unless indicated below in paragraph 4, all documents must be filed on the docket of the lead case indicated on the caption of this notice.

4. **Filing Proof of Claims on Docket of Individual Case** – Notwithstanding joint administration of these cases, creditors must file their respective proofs of claim as to the specific affected and applicable debtor using the case number and claim register for the specific affected and applicable debtor.

5. **Parties to File a Request to be Added to Courtesy NEF** – To facilitate notice and service of documents via Notice of Electronic Filing, all parties who previously electronically filed documents only in cases other than the lead case must promptly file in the lead case a Request to be Added to Courtesy Notice of Electronic Filings, using the court- approved form.

6. **Other**:


Date: August    , 2021                                    By: */s/ Dylan J. Yamamoto*
                                                                Signature
                                                                Dylan J. Yamamoto

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*                     Page 2                    **F 1015-1.1.NOTICE.JOINT.ADMINISTRATION**

14

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document entitled (*specify*): **MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CASES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(b) AND LOCAL BANKRUPTCY RULE 1015-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **08/17/2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

M Douglas Flahaut on behalf of Debtor Acembly, Inc., a Delaware corporation
flahaut.douglas@arentfox.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Farhad Novian on behalf of Interested Party Request Courtesy NEF
amanda@novianlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Christopher K.S. Wong on behalf of Debtor Acembly, Inc., a Delaware corporation
christopher.wong@arentfox.com, yvonne.li@arentfox.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/17/2021 | YVONNE LI | /s/ Yvonne Li |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                          **F 9013-3.1.PROOF.SERVICE**

AFDOCS/24085771.1